# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR26-00016 JSC

UNITED STATES OF AMERICA,

V.

KELVIN LIONEL SMITH,

**FILED**

Jan 13 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

## INDICTMENT

42 U.S.C. § 1383a(a)(3) – Social Security Fraud (Concealment);
18 U.S.C. § 1001 – False Statement to Government Agency;
18 U.S.C. § 641 – Theft of Government Property;
18 U.S.C. § 981 and 28 U.S.C. § 2461 – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 13th day of

January 2026.

Brenda Lopez, Deputy Clerk

Bail, $ Summons

Sallie Kim, U.S. Magistrate Judge

```
FILED

Jan 13 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KELVIN LIONEL SMITH, <br><br> Defendant. | CASE NO.   CR26-00016 JSC <br><br> VIOLATION: <br> 42 U.S.C. § 1383a(a)(3) – Social Security Fraud (Concealment); <br> 18 U.S.C. § 1001 – False Statement to Government Agency; <br> 18 U.S.C. § 641 – Theft of Government Property; <br> 18 U.S.C. § 981 and 28 U.S.C. § 2461 – Forfeiture Allegation <br><br> SAN FRANCISCO VENUE |

I N D I C T M E N T

The Grand Jury charges:

<u>Introductory Allegations</u>

At all times relevant to this Indictment:

1. The Social Security Administration ("SSA") oversees Supplemental Security Income ("SSI"), which is the first federally administered cash assistance program that was available to the general public. SSI is designed to provide an income floor for aged, blind, or disabled individuals who have little or no income and resources.

2. To determine SSI eligibility, SSA examines the income and resources available to an individual. If the individual is married, SSA includes his or her spouse's income and resources as part

INDICTMENT

of the eligibility determination.

3. SSA periodically conducts redeterminations of SSI recipients to determine whether a recipient is still eligible for SSI and is receiving the correct amount of SSI payments.

4. The defendant, KELVIN LIONEL SMITH, resided in Belmont, California, in the Northern District of California.

Overview of SMITH's Receipt of SSI Benefits and His Representations to SSA

5. On or about February 15, 2006, the defendant, KELVIN LIONEL SMITH, married S.H., and has stayed married to S.H.

6. The defendant, KELVIN LIONEL SMITH, has lived with his wife, S.H., since at least July 1, 2007.

7. On or about June 29, 2012, the defendant, KELVIN LIONEL SMITH, applied to SSA for SSI benefits. On his application, he represented that he was not married. SSA approved his application based on this representation, including only his income and resources in its eligibility determination.

8. SSA regularly conducted redeterminations of the defendant, KELVIN LIONEL SMITH, during which he was asked about his marital status and resources. On the 2012 application and for each of these redeterminations, the defendant, KELVIN LIONEL SMITH, concealed the fact that he was still married with the intent of fraudulently obtaining SSI benefits to which he was not eligible for or in a greater amount than he was otherwise entitled to.

9. SSA has been paying SSI benefits to the defendant, KELVIN LIONEL SMITH, since on or about August 2012.

10. At all times the defendant, KELVIN LIONEL SMITH, received SSI benefits, his and S.H.'s income and resources together exceeded the allowable resource limit for SSI eligibility.

COUNT ONE:   (42 U.S.C. § 1383a(a)(3) – Social Security Fraud (Concealment))

11. The factual allegations in Paragraphs 1 through 10 are re-alleged and incorporated by reference.

12. Beginning on or about June 29, 2012, and continuing to the present, in the Northern District of California, the defendant,

KELVIN LIONEL SMITH,

INDICTMENT                                              2

1  in a matter within the jurisdiction of the Social Security Administration, having knowledge of the
2  occurrence of an event or events affecting his initial or continued right to receive SSI benefits payments,
3  concealed and failed to disclose such event or events with the intent to fraudulently secure payment in a
4  greater amount or quantity than was due or when no payment was authorized, and secured as a result
5  SSI benefit payments to himself greater than was due or authorized, to wit, the defendant intentionally
6  concealed his marital status and the financial support he received from his wife as a member of his
7  familial household, in violation of Title 42, United States Code, Section 1383a(a)(3).
8  COUNT TWO:       (18 U.S.C. § 1001 – False Statement to Government Agency)
9         13.    The factual allegations in Paragraphs 1 through 10 are re-alleged and incorporated by
10 reference.
11        14.    On or about March 16, 2023, in the Northern District of California, the defendant,
12                              KELVIN LIONEL SMITH,
13 did knowingly and willfully make a materially false, fictitious, and fraudulent statement and
14 representation in a matter within the jurisdiction of the executive branch of the Government of the
15 United States, by stating and representing to SSA that he was not married, when in truth and fact, as the
16 defendant then and there knew, he was married, in violation of Title 18, United States Code, Section
17 1001.
18 COUNT THREE:    (18 U.S.C. § 1001 – False Statement to Government Agency)
19        15.    The factual allegations in Paragraphs 1 through 10 are re-alleged and incorporated by
20 reference.
21        16.    On or about April 30, 2024, in the Northern District of California, the defendant,
22                              KELVIN LIONEL SMITH,
23 did knowingly and willfully make a materially false, fictitious, and fraudulent statement and
24 representation in a matter within the jurisdiction of the executive branch of the Government of the
25 United States, by stating and representing to SSA that he was not married, when in truth and fact, as the
26 defendant then and there knew, he was married, in violation of Title 18, United States Code, Section
27 1001.
28

INDICTMENT                                     3

COUNT FOUR:      (18 U.S.C. § 1001 – False Statement to Government Agency)

17.    The factual allegations in Paragraphs 1 through 10 are re-alleged and incorporated by reference.

18.    On or about April 9, 2025, in the Northern District of California, the defendant,

KELVIN LIONEL SMITH,

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating and representing to SSA that he was not married, when in truth and fact, as the defendant then and there knew, he was married, in violation of Title 18, United States Code, Section 1001.

COUNT FIVE:      (18 U.S.C. § 641 – Theft of Government Property)

19.    The factual allegations in Paragraphs 1 through 10 are re-alleged and incorporated by reference.

20.    Beginning on or about June 29, 2012, and continuing to the present, in the Northern District of California, the defendant,

KELVIN LIONEL SMITH,

did knowingly and willfully embezzle, steal, purloin, and convert to his own use and/or to the use of another money and property of value of the United States and a department and agency thereof, namely, SSA, of a value in excess of $1,000, with the intent to deprive the United States of the use and benefit of that money and property, in violation of Title 18, United States Code, Section 641.

FORFEITURE ALLEGATION:      (18 U.S.C. § 981 and 28 U.S.C. § 2461)

21.    The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461.

22.    Upon conviction of Count Five set forth in this Indictment, the defendant,

KELVIN LIONEL SMITH,

INDICTMENT                                    4

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including but not limited to a forfeiture money judgment.

23. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

24. All pursuant to Title 18, United States Code, Section 981, Title 28, United States Code, Section 2461, and Federal Rule of Criminal Procedure 32.2.

DATED: January 13, 2026

A TRUE BILL.

/s/ Foreperson
FOREPERSON
San Francisco, California

CRAIG H. MISSAKIAN
United States Attorney

/s/ Christine Chen
CHRISTINE CHEN
Assistant United States Attorney

INDICTMENT      5